UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAYEDMOHAMMADREZA
AMINJAVAHERI, et al.,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR, in his official capacity as President of the United States of America, et al.,

    Defendants.

Case No. 1:21-cv-2246-RCL

## ORDER

The Immigration and Nationality Act provides that aliens who qualify for a diversity visa "shall remain eligible to receive such visa only through the end of the specific fiscal year for which they were selected." 8 U.S.C. § 1154(a)(1)(I)(ii)(II). The deadline for plaintiffs in this case was September 30, 2021. That deadline having passed, the Court hereby **ORDERS** plaintiffs to show cause why this case should not be dismissed as moot. It is **FURTHER ORDERED** that plaintiffs shall file their response to this Order by January 26, 2022. Defendants may file a reply to plaintiffs' filing by February 9, 2022.

**IT IS SO ORDERED.**

Date: 1-12-22

Royce C. Lamberth
United States District Judge